LSK&D #: 564-6013 / 837353
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DIANNE LIEBLER,

                        Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                        Defendant.

------------------------------------------------------------x

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ APR 1 7 2007 ★
P.M. _____
TIME A.M. _____

No. 06 CV 844 (ENV)

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action should be dismissed with prejudice and without costs, with each party bearing its own attorneys' fees.

Dated:    New York, New York
             January 30, 2007

FRANKEL & NEWFIELD, P.C.

_____
Jason Newfield, Esq.
585 Stewart Avenue
Garden City, New York 11530
(516) 222-1600
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant

The Clerk is directed to close this case.
SO ORDERED.

_____
s/ ENV
United States District Judge

Dated: APR 1 7 2007